IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 87-cr-00137-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONALD B. MYERS, a/k/a
RICHARD PARKER,

        Defendant.

_____

ORDER DENYING MOTION TO REDUCE SENTENCE
_____

On December 9, 2008, the defendant now under the name Ronald B. Meyers filed a motion to reduce the sentence imposed by this Court on July 17, 1987, in *United States v. Richard David Parker*, under former Rule 35(b) of the Federal Rules of Criminal Procedure. The only ground for reduction is the defendant's assertion that he has completed a residential drug and alcohol program while serving a sentence imposed by the United States District Court for the Eastern District of Washington for criminal conduct after he absconded from parole on this Court's sentence. The defendant asserts that he has an expected release date of June 15, 2009, on the Washington sentence but that there is a parole violation detainer because of this Court's earlier sentence. The Government responded to the motion, denying that this Court has jurisdiction to reduce the sentence. Assuming jurisdiction, this Court finds that the defendant's conduct does not warrant any favorable consideration. Accordingly, it is

        ORDERED that the motion to reduce sentence is denied.

DATED: February 13th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge